NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHINEMEREM N. NJOKU, | No. 17012163 (SDW)(LDW) |
| Plaintiff, | |
| v. | **ORDER** |
| PERFECT PRIVACY, LLC, | |
| Defendant. | June 25, 2018 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on May 14, 2018 by Magistrate Judge Leda D. Wettre ("Judge Wettre"), recommending that Defendant's motion to dismiss for lack of personal jurisdiction be granted. Plaintiff filed objections to the R&R. (Dkt. No. 24.) This Court has reviewed the reasons set forth by Judge Wettre in the R&R as well as Plaintiff's objections. This Court is satisfied that Judge Wettre properly determined that this Court does not have personal jurisdiction over Defendant, that Plaintiff would not be able to cure that defect through repleading, and that dismissal was proper.

Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (Dkt. No. 22) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                                                    s/ Susan D. Wigenton, U.S.D.J.

Orig:   Clerk
cc:     Parties
         Leda D. Wettre, U.S.M.J.